UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DWIGHT BACON,<br>　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 3:10-CV-00342 |
| VERSUS | |
| STATE OF LOUISIANA, et al.,<br>　　　Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion to dismiss is GRANTED.

IT IS FURTHER ORDERED that Bacon's action against all defendants, on all issues, is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 18th day of May, 2011.

　　　　　　　　　　　　　　　　　　　　JAMES T. TRIMBLE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE